**ST. LOUIS COUNTY, Plaintiff–Appellee**

v.

**Albert D. THOMAS, Defendant–Appellant.**

**No. 13–2164.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 26, 2013.

Filed: Jan. 3, 2014.

Albert D. Thomas, Bridgeton, MO, pro se.

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Albert Thomas sought to remove to federal court, pursuant to 28 U.S.C. § 1443(1), a state criminal case he alleged was pending against him in St. Louis County Municipal Court, Missouri. The district court [1] summarily remanded the case, and Thomas appealed.

We have authority to review the district court's remand order. *See* 28 U.S.C. § 1447(d). We hold that the district court properly remanded the case because the notice of removal did not comply with the procedural requirements of 28 U.S.C. § 1455, and did not meet the requirements for removal under 28 U.S.C. § 1443(1). *See* 28 U.S.C. § 1455(a), (b)(1), (b)(4); *Johnson v. Mississippi*, 421 U.S. 213, 219–20, 95 S.Ct. 1591, 44 L.Ed.2d 121 (1975) (outlining two-prong test for removal under § 1443(1)).

Accordingly, we affirm.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.